## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**HERBERT CARTER, JR.**                                    **CIVIL ACTION**

**VERSUS**

                                                          **NO. 18-760-JWD-RLB**

**BEAUREGARD TORRES, III, ET AL.**

## <u>NOTICE</u>

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on September 13, 2019.

_____
   **RICHARD L. BOURGEOIS, JR.**
   **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HERBERT CARTER, JR.                                    CIVIL ACTION

VERSUS

                                                       NO. 18-760-JWD-RLB

BEAUREGARD TORRES, III, ET AL.


<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON</u>

This Report and Recommendation is issued *sua sponte*. This matter was removed to this Court from the 18th Judicial District Court on a Notice of Removal (R. Doc. 1) filed on August 10, 2018. A citation (R. Doc. 1-2, page 31) attached to the Notice of Removal dated July 24, 2018 indicates that plaintiff attempted to serve defendant Andrian Bentley but he was unable to be located by the Deputy Sheriff.

On August 30, 2018, the Court entered an Order (R. Doc. 6) setting a scheduling conference for October 17, 2018 and a status report deadline of October 3, 2018. The parties filed a timely Joint Status Report (R. Doc. 15). In the Status Report, the parties indicated that there were no known unresolved issues as to waiver or service of process. It was also indicated that defendant Andrian Bentley had not been served.

On October 5, 2018, the Court entered an Order (R. Doc. 17) cancelling the scheduling conference set for October 17, 2018 in light of a pending Motion to Dismiss (R. Doc. 4). The parties were instructed to contact chambers upon a ruling on the motion to request a scheduling conference, if necessary.

On May 13, 2019, the Court entered a second Order (R. Doc. 30) setting a scheduling conference for June 20, 2019 with a status report deadline of June 6, 2019. The parties filed their Joint Status Report (R. Doc. 34) on June 5, 2019 and again indicated there were no unresolved

issues as to waiver or service of process and noted that defendant Andrian Bentley had not been

served.

A telephone conference was held before the undersigned on June 19, 2019 (R. Doc. 43),

where the Court noted that no proof of service had been filed on defendant Andrian Bentley.

Within that minute entry, plaintiff was directed to show cause, in writing, by July 17, 2019, why

claims against defendant Bentley should not be dismissed for failure to serve within the time

frame required under the Federal Rules of Civil Procedure.

On June 20, 2019, the Clerk's Office issued service of process on defendant Andrian

Bentley for three requested addresses. On July 17, 2019, plaintiff filed a Show Cause Response

(R. Doc. 49) stating diligent efforts have been made to serve defendant Bentley and requested

additional time to see if service could be effected on defendant Bentley.

On July 26, 2019, the Court entered an Order (R. Doc. 50) instructing the plaintiff to file

proof of service on defendant Bentley on or before August 16, 2019. A review of the record

indicates that plaintiff has failed to file a proof of service into the record as of the date previously

ordered by the Court.

This case was removed over a year ago. The Court has granted multiple extensions, far

beyond the 90 day period set forth in the Federal Rules of Civil Procedure, to perfect service on

this defendant. Despite diligent attempts to do so, all efforts have been unsuccessful. There is

no reason for the Court to conclude that any additional time would have a different result.

## <u>RECOMMENDATION</u>

It is the recommendation of the Magistrate Judge that the claims against defendant

Andrian Bentley be dismissed, without prejudice, for failure to serve.

Signed in Baton Rouge, Louisiana, on September 13, 2019.


**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**