# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**HERBERT CARTER, JR.**　　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**　　　　　　　　　　　　　　　　　　　　　　　　　NO. 18-760-JWD-RLB**

**BEAUREGARD TORRES, III, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 13, 2019, to which no objection was filed;

**IT IS ORDERED** that the claims against defendant Andrian Bentley are dismissed, without prejudice, for failure to serve.

Signed in Baton Rouge, Louisiana, on <u>October 1, 2019</u>.

_____

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**